AARON B. VICKERS, Respondent, *v.* THE HANNIBAL AND ST. JOSEPH RAILROAD COMPANY, Appellant.

1. Decision in case of Tarwater v. Hannibal and St. Joseph Railroad Company (*ante*, p. 198) affirmed.

*Hall & Oliver*, for appellant.

*McFerran*, for respondent.

HOLMES, Judge, delivered the opinion of the court.

This case is similar to that of Tarwater v. The Hannibal and St. Joseph Railroad Company, decided at this term, and it will be governed by the decision in that case.

Judgment affirmed. The other judges concur.